IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| HOPE ELLY, | ) |
|     Plaintiff, | ) |
| v. | )    CIVIL ACTION NO. |
| SBD, LLC, HALF SHELL OYSTER HOUSE BILOXI, LLC, GULF COAST RESTAURANT GROUP, INC., and ROBERT TAYLOR | )    1:16-cv-00238-HSO-JCG |
|     Defendants. | ) |

## MOTION TO DISMISS

**COMES NOW** the Plaintiff, Hope Elly, hereinafter ("Plaintiff") by and through her undersigned counsel, and hereby moves the Court to dismiss this action pursuant to Rule 41(a) *Fed. R. Civ. P.,* and states as grounds:

1. Ms. Elly is satisfied that the purpose of the litigation has been achieved and no further action is necessary.
2. Defendants do not object to the dismissal.

**WHEREFORE**, premises considered, Ms. Elly moves this honorable Court to dismiss this action with prejudice.

Respectfully Submitted, this the 20th day of October, 2016.

/s/*Bradley D. McAdory*
**BRADLEY D. MCADORY**
**BPR # MS-10545**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.819.4030 p
334.819.4032 f
BDM@ADA-Firm.com
*Attorney for the Plaintiff*

[1]

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned Document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 20th day of October, 2016 to the following:

Matthew G. Mestayer
REEVES & MESTAYER, PLLC
P.O. Drawer 1388
Biloxi, MS 39533
228/374-5151
Fax: 228/374-6630
Email: mgm@rmlawcall.com
ATTORNEY TO BE NOTICED

/s/*Bradley D. McAdory*
**BRADLEY D. MCADORY**
**BPR # MS-10545**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.819.4030 p
334.819.4032 f
BDM@ADA-Firm.com
*Attorney for the Plaintiff*

[2]