IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HOPE ELLY**                                                                                                          **PLAINTIFF**

v.                                                                                   Civil No.1:16-cv-238-HSO-JCG

**SBD, LLC; HALF SHELL OYSTER**
**HOUSE BILOXI, LLC; GULF COAST**
**RESTAURANT GROUP, INC.; and**
**ROBERT TAYLOR**                                                                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered herewith granting Plaintiff's Motion [16] to Dismiss,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 21st day of October, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE